JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NICHOLAS ARENSDORFF, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STANLEY STEEMER INTERNATIONAL, INC., an Ohio corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 17-CV-08645-MWF-KLSx<br><br>The Hon. Michael W. Fitzgerald<br>Courtroom 5A<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING STIPULATION OF ALL PARTIES TO REMAND THE CASE TO LOS ANGELES COUNTY SUPERIOR COURT, COMPLEX DIVISION**<br><br>[Lodged Concurrently with Stipulation]<br><br>Action Filed: October 26, 2017<br>Trial Date: None Set |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4813-1670-0519.1

ORDER GRANTING STIPULATION TO REMAND CASE TO LOS ANGELES COUNTY SUPERIOR COURT, COMPLEX DIVISION

# ORDER

The Court, having reviewed and considered the Stipulation of Plaintiff Nicholas Arensdorff and Defendant Stanley Steemer International, Inc. to Remand the Case to Los Angeles Superior Court, hereby grants the parties' stipulation and order that this action be remanded forthwith to Los Angeles Superior Court, Complex Division. The parties shall bear their own attorneys' fees and costs associated with the remand.

**IT IS SO ORDERED.**

DATED: May 29, 2018

_____
Hon. Michael W. Fitzgerald
United States District Court Judge